UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JESSICA KARIM, *on behalf of herself and all others* : 
*similarly situated*, :
 :
                Plaintiff, :      24-CV-1053 (JMF)
 :
    -v- :      ORDER
 :
NOBLE KNIGHT GAMES, INC., :
 :
                Defendant. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: February 15, 2024
       New York, New York
                                         _____
                                            JESSE M. FURMAN
                                          United States District Judge