UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM<br><br>    Plaintiff,<br><br>-against-<br><br>NOBLE KNIGHT GAMES, INC.<br><br>    Defendant. | 24-CV-1053 (JMF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As per my Order of February 16, 2024 (ECF 7), the parties were ordered to submit a joint letter, within 45 days of service of the summons and complaint, informing the Court about the status of their settlement talks. If the parties had not settled, they were to inform the Court whether the case should be referred for mediation or a settlement conference before a magistrate judge, or, to schedule a case management conference. (*Id.*)

  Defendant was served February 23, 2024. (*See* ECF 7.) The parties' deadline to submit a joint letter was yesterday, April 8, 2024. The parties have not done so. I am sua sponte extending the deadline nunc pro tunc until **5:00 PM on April 11, 2024**.

DATED: April 9, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge