UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JESSICA KARIM, on behalf of herself and
all others similarly situated,

                Plaintiff,

-against-

NOBLE KNIGHT GAMES, INC.,

                Defendants.

---------------------------------------------------------------x

Civil Action No.

1:24-cv-1053

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Karim, and Defendant, Noble Knight Games, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and with each party bearing that party's own attorney's fees and costs.

Dated: April 30, 2024

By: _/s/ Gabriel Levy_

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _/s/ Bryn Goodman_

Bryn Goodman, Esq.
*Attorneys for Defendant*
Fox Rothschild, LLP
101 Park Ave, 17th Fl
New York, NY 10178
T : (212) 878-7900
Bgoodman@foxrothschild.com

The Clerk of Court is directed to close the case.

SO ORDERED.

_[signature]_

May 1, 2024

157925646.1